United States District Court
Southern District of Texas
ENTERED

JUL 29 1998

Michael N. Milby, Clerk of Court
by Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 28 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| DERRY D. BLISH, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. B-98-69 |
| METROPOLITAN LIFE INSURANCE COMPANY, | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR
## EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

Came on for consideration Defendant's Motion For Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint. After considering the Motion, the Court finds the Motion has merit and should be granted. It is, therefore,

ORDERED that Defendant shall have until and including June 29, 1998 to answer, move or otherwise respond to the Complaint.

SIGNED this 28th day of July, 1998.

_____
UNITED STATES DISTRICT JUDGE-Magistrate

ORDER GRANTING DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND - Page Solo
27601_1 - 53871/00010