*17*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DERRY D. BLISH | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-69 |
| | § | |
| METROPOLITAN LIFE INSURANCE COMPANY aka METLIFE, | § § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING PLAINTIFF'S
## MOTION TO COMPEL RESPONSES TO DISCOVERY

Came on to be considered the Motion of Defendant Metropolitan Life Insurance Company ("MetLife") to deny Plaintiff Derry D. Blish's Motion to Compel Responses to Discovery in the above-referenced matter. The Court, after considering the Motion and the response thereto, is of the opinion that the Motion should be denied. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Motion of Derry D. Blish to Compel Responses to Discovery is hereby DENIED.

SIGNED this the 11th day of December, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL** - Page Solo

34362 - 53871.00191