/8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DERRY D. BLISH | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-69 |
| | § | |
| METROPOLITAN LIFE INSURANCE | § | |
| COMPANY aka METLIFE, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING MOTION TO PRACTICE *PRO HAC VICE*

Came on to be considered the Motion of Anthony Tomari to Practice *Pro Hac Vice* to represent Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. The Court, after considering the motion, finds that the motion is well-taken and should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Motion of Anthony Tomari to Practice *Pro Hac Vice* in this matter to represent Metropolitan Life Insurance Company is hereby GRANTED.

SIGNED this the 11th day of December, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO PRACTICE *PRO HAC VICE* - Page 1
34011 - 53871.00191