United States District Court
Southern District of Texas
ENTERED

DEC 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DERRY D. BLISH<br>*Plaintiff* | § § § § | |
| vs. | § | CIVIL ACTION NO. B-98-69 |
| METROPOLITAN LIFE<br>INSURANCE COMPANY<br>aka METLIFE<br>*Defendant* | § § § § § | |

### ORDER ON MOTION FOR LEAVE TO FILE LATE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

ON THIS THE _11th_ DAY OF DECEMBER, 1998 was presented PLAINTIFF DERRY D. BLISH's MOTION FOR LEAVE TO FILE LATE RESPONSE TO MOTION FOR SUMMARY JUDGMENT; and

THE COURT, after having considered the MOTION finds that leave should be granted; and

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff DERRY D. BLISH be and is hereby permitted leave to file his RESPONSE TO DEFENDANT's MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT THEREOF.

SIGNED THIS THE _11th_ DAY OF DECEMBER 1998.

_____
JUDGE PRESIDING

*Blish v. Metropolitan Life Insurance Company*
*Order on Motion for Leave to File Late Response to Defendant's Motion For Summary Judgment*

2

ClibPDF - www.fastio.com