21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
Entered
DEC 23 1998
Michael N. Milby
Clerk of Court
By: O. Guity

DERRY D. BLISH                              *

      VS                              *   C.A. NO. B98 069

METROPOLITAN LIFE INSURANCE     *
COMPANY, aka METLIFE


## NOTICE OF DOCKET CALL

TAKE NOTICE that announcements in this cause of action have been set

      Before U.S. District Judge Filemon B. Vela
      Federal Courthouse & Post Office Bldg.
      1001 E. Elizabeth, Brownsville, Texas  78520


      FINAL PRETRIAL: <u>January 7, 1999, 8:30 am</u>
                        2nd Floor Courtroom


      JURY SELECTION: <u>January 8, 1999, 8:30 am</u>

                            /s/ John Wm. Black
                            John Wm. Black
                            United States Magistrate Judge

                            DATE: December 18, 1998