22

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 1999

Michael N. Milby
Clerk of Court

By *[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CIVIL B-98-69

| | | |
|---|---|---|
| DERRY D. BLISH | § § § | Peter Michael Zavaleta (546-5567) |
| VS | § § § § | |
| METROPOLITAN LIFE INSURANCE | § | Anthony J. Tomari<br>Carolyn R. Konicek |

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**FINAL PRE-TRIAL**

PLACE:

**UNITED STATES FEDERAL COUTHOUSE**
**500 E. 10th Street, 2ND FLOOR COURTROOM**
**Brownsville, TX 78522**

BEFORE:

**JUDGE FILEMON B. VELA**

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| **January 7, 1999 at 8:30 A.M.** | April 29, 1999 at 8:30 A.M. |

*[signature: Mercedes P. Leuna]*
DEPUTY CLERK

Date: January 6, 1999

TO:   Mr. Peter Michael Zavaleta
       J. Peterson
       Anthony J. Tomari
       Carolyn R. Konicek