30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DERRY D. BLISH | § |
|    Plaintiff | § |
| | § |
| vs. | § Civil No. B-98-069 |
| | § |
| METROPOLITAN LIFE INSURANCE | § |
| COMPANY aka METLIFE | § |
|    Defendant | § |

ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 8, 1999 should be **ADOPTED.**

IT IS ORDERED that Defendant's Motion for Summary Judgment is **GRANTED** and that all other pending motions are **DENIED**

DONE in Brownsville, Texas, on this 23rd day of March, 1999.

Filemon B. Vela
United States District Judge